# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nathan Sterling Mason, | No. CV-21-08035-PCT-DGC |
| Petitioner, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Respondents. | |

Pending before the Court is a § 2254 petition filed by Petitioner Nathan Sterling Mason. Doc. 1. Respondents have filed a limited response (Doc. 10), and Petitioner has not replied. United States Magistrate Judge Michelle H. Burns has issued a report and recommendation (R&R) that the petition be dismissed with prejudice and that a certificate of appealability and leave to proceed in forma pauperis on appeal be denied. Doc. 11. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *see also Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R.

**IT IS ORDERED:**

1. The R&R (Doc.11) is accepted.
2. The Petition for Writ of Habeas Corpus (Doc. 1) is **denied** and **dismissed with prejudice**.
3. A certificate of appealability and leave to proceed in forma pauperis on appeal are denied.

1  4.  The Clerk of Court is directed to enter judgment accordingly and terminate this action.

Dated this 28th day of October, 2021.

*David G. Campbell*
David G. Campbell
Senior United States District Judge